UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MALIZIA, *et al.*,

        Plaintiffs,

-vs.-

FCA US LLC

        Defendant.

Case No.: 1:17-cv-07039-AKH

**FCA US LLC'S MOTION FOR LEAVE TO FILE SUR-REPLY IN SUPPORT
OF ITS MOTION TO ENFORCE ORDER OF AUGUST 29, 2018
AND OPPOSITION TO CROSS MOTION FOR SANCTIONS**

    Defendant FCA US LLC ("FCA US") respectfully moves this Court for leave to file a short 2 ½-page sur-reply responding to Plaintiffs' Reply Memorandum of Law in Support of Their Cross Motion for a Revised Order for Vehicle Inspection, for Sanctions and for Revocation of *Pro Hac Vice* Admissions of Counsel for Defendant, ECF #87 ("Reply"). A copy of the proposed sur-reply is attached hereto as Exhibit A. Leave is appropriate because Plaintiffs make accusations and misrepresentations in their Reply brief that FCA US should, in fairness, be allowed to address.

## SUGGESTIONS IN SUPPORT

    Courts grant leave to file sur-replies where necessary to correct misrepresentations in another party's briefing. *See, e.g., Weinstein v. Islamic Republic of Iran*, 624 F. Supp. 2d 272, 273 n.1 (E.D.N.Y. 2009), *aff'd*, 609 F.3d 43 (2d Cir. 2010) (granting leave to file a sur-reply where it was sought to "correct a misstatement" in reply papers). Here, the Court should grant FCA US leave to file a sur-reply to respond to the accusations and misrepresentations in

- 2 -

Plaintiffs' Reply.  Allowing FCA US to respond via a sur-reply is particularly warranted here because the accusations and misrepresentations are made in an attempt to get this Court to revoke the *pro hac vice* status of FCA US's counsel of choice.  In ruling on such a request, the Court should have the benefit of full and correct information.

Defendant FCA US LLC respectfully requests that this Court grant it leave to file the attached sur-reply responding to Plaintiffs' Reply Memorandum of Law in Support of Their Cross Motion for a Revised Order for Vehicle Inspection, for Sanctions and of *Pro Hac Vice* Admissions of Counsel for Defendant, ECF #87.

Dated:  November 21, 2018

                           **ANSA ASSUNCAO LLP**

By:  */s/ James S. Coons*
     James S. Coons
     707 Westchester Avenue, Suite 309
     White Plains, New York  10604
     Telephone: (914) 298-2260
     Facsimile:  (914) 298-2270

**THOMPSON COBURN LLP**
Kathy A. Wisniewski (*pro hac vice*)
Stephen A. D'Aunoy (*pro hac vice*)
Thomas L. Azar, Jr. (*pro hac vice*)
One US Bank Plaza
St. Louis, MO  63101
Telephone: (314) 552-6000
Facsimile:  (314) 552-7000

*Attorneys for Defendant FCA US LLC*

- 3 -

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 21st day of November, 2018, a copy of foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ James S. Coons*