UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| STEPHANIE MALEC,<br><br>          Plaintiff,<br><br>  -vs.-<br><br>FCA US LLC<br><br>          Defendant. | Case No.:  1:17-cv-07039-AKH |

**NOTICE OF SETTLEMENT**

Defendant FCA US LLC hereby notifies this Court that the individual claims of the only remaining named plaintiff in this case, Stephanie Malec have been settled.  Upon finalization of the settlement, Stephanie Malec will dismiss her individual claims with prejudice and the class claims without prejudice.  Based on the settlement, FCA US respectfully requests that this Court cancel the status conference set for July 19, 2019.

Dated:  July 15, 2019

                               **ANSA ASSUNCAO LLP**

                         By:  */s/ James S. Coons*
                                James S. Coons
                                James.Coons@ansalaw.com
                                David A. Gonzalez
                                david.gonzalez@ansalaw.com
                                707 Westchester Avenue, Suite 309
                                White Plains, New York  10604
                                Telephone: (914) 298-2260
                                Facsimile:  (914) 298-2270

**THOMPSON COBURN LLP**
Kathy A. Wisniewski (*pro hac vice*)
KWisniewski@thompsoncoburn.com
Stephen A. D'Aunoy *(pro hac vice)*
SDAunoy@thompsoncoburn.com
Thomas L. Azar, Jr. *(pro hac vice)*
TAzar@thompsoncoburn.com
One US Bank Plaza
St. Louis, MO  63101
Telephone: (314) 552-6000
Facsimile:  (314) 552-7000

*Attorneys for Defendant FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of July, 2019, a copy of foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ James S. Coons