UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
Stephanie Malec,

                Plaintiff,

   -against-

FCA US LLC,

               Defendant.
------------------------------------------------------------- X

**ORDER DISMISSING CASE**

17-cv-7039 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A suggestion of settlement having been made, ECF 147, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. Defendant's motion to deny class certification is denied as moot. The Clerk shall terminate the motion (ECF 142) and close the case.

SO ORDERED.

Dated:   July 16, 2019
          New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/19